STEPHEN RUBIN ET AL. *v.* VALENTINO
TRUCKING, INC., ET AL.
(4711)

DUPONT C. J., HULL and SPALLONE, Js.

Submitted on briefs January 16—decision released January 20, 1987

*Lawrence J. Greenberg* and *Tricia L. Palmieri* filed a brief for the appellants (defendants).

*Thomas M. Murtha* and *Christopher M. Vossler* filed a brief for the appellees (plaintiffs).

PER CURIAM. The defendants claim error in the findings of an attorney trial referee. The defendants did not object in the trial court to those findings. See Practice Book § 440; *Ruhl* v. *Fairfield,* 5 Conn. App. 104, 496 A.2d 994 (1985).

There is no error.